IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KIMBERLY C. BEECHER, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No.: |
| | ) | |
| v. | ) | Trial By Jury Trial Demanded |
| | ) | |
| HSBC RETAIL SERVICES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## COMPLAINT

### PARTIES

1. The plaintiff, Kimberly C. Beecher (hereinafter referred to as "plaintiff"), was at all times relevant to this complaint a resident of the State of Delaware.

2. The defendant, HSBC Retail Services, Inc., (hereinafter referred to as "defendant") is a corporation organized and existing under the laws of the State of Delaware, whose agent for service of process is The Corporation Trust Company, Corporation Trust Center, 1209 Orange Street, Wilmington, DE 19801.

3. The plaintiff is an African American female, employed by the defendant as a Human Resources Generalist.

### JURISDICTION

4. This Court has jurisdiction over this matter in that it is brought pursuant to the provisions of 28 U.S.C. §§1331, 1332 and 1343(a)(3)(4), 28 U.S.C. §§2201, 2202, as well as the Fourteenth Amendment of the United States Constitution.

5. In addition, this action arises under Title VII, The Civil Rights Act of 1964, 42 U.S.C. §2000e, et.seq. as amended by the Civil Rights Act of 1991, §704 of Title VII, and 42 U.S.C. §1983.

## VENUE

6. The unlawful practices herein were committed within the State of Delaware, and accordingly, venue lies with this Court under 42 U.S.C. §1339(b).

## EXHAUSTION OF ADMINISTRATIVE REMEDIES

7. Prior to the filing of this action, the plaintiff timely filed a charge of racial discrimination with the Delaware Department of Labor on September 16, 2006 (a copy of which is attached hereto as Exhibit No. 1), alleging discriminatory conduct which occurred and/or began in July 2006 and continued through August 21, 2006.

8. On or about May 31, 2007 the Delaware Department of Labor issued a "Reasonable Cause Determination" finding that there was reasonable cause to believe that the plaintiff had been subjected to discriminatory conduct.

9. Thereafter, on September 5, 2007 the Equal Employment Opportunity Commission signed and issued to the plaintiff a "Notice of Suit Rights" (attached hereto as Exhibit No. 2) which was received by the plaintiff thereafter. This suit is filed within 90 days of the receipt of such notice.

## FACTS

10. The plaintiff was hired by the defendant in December 1989, and has most recently been employed as a "Human Resources Generalist".

11. During July 2006, the plaintiff, and other members of her department were informed that the defendant needed to hire a new member of the Human Resources Department, in a new position of a "Senior Human Resource Generalist". Such a position would have been a promotion for the plaintiff, with increased pay, bonus, and/or benefits.

12. During July 2006, when the announcement of the new open position was made, the plaintiff's supervisors, and also the defendant's agents and employees made statements that made it clear that the plaintiff should not apply for such position, because of her race and/or sex.

13. Thereafter, the defendant hired a caucasian male employee for the position of "Senior Human Resources Generalist", at a compensation greater than that earned by the plaintiff.

14. Once the new caucasion male began work as a "Senior Human Resources Generalist" the plaintiff was required to assist in the training of the new employee, in the duties of the Human Resources Department of the defendant.

16. The plaintiff, and the newly hired caucasion male employee, hired during August 2006, continued to perform the same essential functions.

17. The caucasion male employee, hired in August 2006, was paid compensation greater than that paid to the plaintiff, while both parties were performing essentially the same services.

18. As a direct and proximate result of the discriminatory actions of the defendant, the plaintiff was deterred from applying for the position of "Senior Human Resources Generalist".

19. As a direct and proximate result of the discriminatory actions of the defendant, the plaintiff has suffered discrimination by the defendant's actions which caused her to lose an opportunity to advance in her professional career.

20. As a direct and proximate result of the discriminatory actions of the defendant, the plaintiff has suffered a loss of income in the past, present and will continue such losses in the future, unless such discrimination is remedied.

21. As a further direct and proximate result of the discriminatory actions of the defendant, the plaintiff has, is, and may in the future suffer mental distress and anguish.

## COUNT I

### Racial Discrimination

22. The plaintiff incorporates herein and makes a part hereof the allegations contained in paragraphs 1 through 21.

23. The defendant has discriminated against the plaintiff based upon her race and sex, by denying her promotions in her employment, in violation of 42 U.S.C. §2000e-2.

## COUNT II

### Equal Pay Act

24. The plaintiff incorporates herein and makes a part hereof the allegations contained in paragraphs 1 through 23.

25. The actions of the defendant as alleged herein, violate the "Equal Pay Act", 29 U.S.C. §206(d).

WHEREFORE, the plaintiff requests this Court to enter a judgment as follows:

    a. Declare the conduct engaged in by the defendant to be a violation of the plaintiff's statutory rights.

    b. Order the promotion of the plaintiff to a level commensurate with her time, experience, and qualifications, or in lieu thereof, grant the plaintiff front pay to

compensate her for pecuniary losses, which she will suffer as a result of the wrongful conduct of the defendant in the future.

  c. Award funds to the plaintiff for loss of income, and back pay equal to that of her caucasion male counterpart.

  d. Award the plaintiff an additional amount of liquidated damages for past unpaid wages.

  e. Award the plaintiff future front pay for economic losses which she will suffer because of the defendant's actions.

  f. Award the plaintiff such funds as reasonably necessary to compensate plaintiff for her mental pain and anguish.

  g. Award the plaintiff attorney fees and all costs of this action.

  h. Award the plaintiff compensatory and/or punitive damages not otherwise specified herein.

  i. Award the plaintiff prejudgment and post-judgment interest.

  j. Award the plaintiff such other a further relief as this Court deems appropriate.

ABER, GOLDLUST, BAKER & OVER

/s/ Gary W. Aber.
GARY W. ABER (DSB #754)
First Federal Plaza, Suite 600
702 King Street, P.O. Box 1675
Wilmington, DE  19899
302-472-4900
Attorney for Plaintiff

DATED:  November 16, 2007

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papaers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpsoe of initiating the civil docket sheet. (SEE INSTRUCTIONS OF THE REVERSE OF THE FORM.)

| I (a) PLAINTIFFS<br><br>KIMBERLY C. BEECHER<br><br>b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF_New Castle_<br>(EXCEPT IN U.S. PLAINTIFF CASES) | DEFENDANTS<br>HSBC RETAIL SERVICES, INC.<br>COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT__New Castle_<br>(IN U.S. PLAINTIFF CASES ONLY)<br>NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED |
|---|---|
| (c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)<br>Gary W. Aber, Esq.,<br>Aber, Goldlust & Baker,<br>702 King Street, Suite 600,<br>Wilmington, DE 19801 | ATTORNEYS (IF KNOWN) |

## II. BASIS OF JURISDICTION (PLACE AN X IN ONE BOX ONLY)

☐ 1 U.S. Government  
☐ 2 U.S. Government Defendant  
☒ 3 Federal Question  
☐ 4 Diversity (Indicated Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place Of Business in This State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place Of business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CAUSE OF ACTION (CITE THE U S CIVIL STATUE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTION STATUES UNLESS DIVERSITY)

"Equal Pay Act" 29 U.S.C. §206, The Civil Rights Act of 1964, as amended Civil Rights Act of 1991, §704, 42 U.S.C. §1983

## V. NATURE OF SUIT (PLACE AN x IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUES |
|---|---|---|---|---|---|
| | PERSONAL INJURY | PERSONAL INJURY | | | |
| ☐ 110 Insurance | ☐ 310 Airplane | ☐ 362 Personal Injury– Med Malpractice | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 422 State Reapportionment |
| ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury -- Product Liability | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | PROPERTY RIGHTS | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 330 Federal Employers' Liability | PERSONAL PROPERTY | ☐ 630 Liquor Laws | ☐ 820 Copyrights | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | ☐ 370 Other Fraud | ☐ 640 R.R. & Truck | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 371 Truth in Lending | ☐ 650 Airline Regs | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 380 Other Personal Property Damage | ☐ 660 Occupational Safety/Health | | ☐ 810 Selective Service |
| ☐ 160 Stockholders Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 385 Property Damage Property Liability | ☐ 690 Other | LABOR | SOCIAL SECURITY |
| ☐ 190 Other Contract | | | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☒ 442 Employment | Habeas Corpus: | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Equipment | ☐ 443 Housing/ Accommodations | ☐ 530 General | ☐ 791 Empl. Ret. Inc. Security Act | FEDERAL TAX SUITS | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | ☐ 871 IRS -- Third Party 26 USC 7609 | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Right | | | ☐ 950 Constitutionality of State Statues |
| | | | | | ☐ Other Statutory Actions |

## VI. ORIGIN (PLACE AN x IN ONE BOX ONLY)

☒ 1 Original Proceeding  
☐ 2 Removed from State Court  
☐ 3 Remanded from Appellate Court  
☐ 4 Reinstated or Reopened  
☐ 5 Transferred from another district (specify)  
☐ 6 Multidistrict Litigation  
☐ 7 Appeal to District Judge from Magistrate Judgment

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P 23  
DEMAND $ Check YES only if demanded in complaint:  
JURY DEMAND: ☒ YES ☐ NO

## VIII. RELATED CASE(S) IF ANY (See instructions)
JUDGE _____ DOCKET NUMBER _____

DATE  
November 16, 2007

SIGNATURE OF ATTORNEY OF RECORD

UNITED STATES DISTRICT COURT



AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. 07-737

# ACKNOWLEDGMENT
# OF RECEIPT FOR AO FORM 85

## NOTICE OF AVAILABILITY OF A
## UNITED STATES MAGISTRATE JUDGE
## TO EXERCISE JURISDICTION

I HEREBY ACKNOWLEDGE RECEIPT OF _____ COPIES OF AO FORM 85.

NOV 16 2007

(Date forms issued)    (Signature of Party or their Representative)

(Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action